UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JEANINE DE LA VERRIERE, *on behalf of herself* :
*and others similarly situated in the proposed FLSA* : No.: 1:22-CV-5700 (PAE-SLC)
*Collective Action,* :
 :
                       Plaintiff, : **ORAL ARGUMENT REQUESTED**
 :
          - *against* - :
 :
ELYMAR RESTAURANT CORPORATION, :
ELYANE VASCHETTA (a/k/a ELYANE :
BRUNO), and WILLIAM WELLES, :
 :
                       Defendants. :
-----------------------------------------------------------X

## NOTICE OF MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT IN FAVOR OF DEFENDANTS

**PLEASE TAKE NOTICE THAT**, upon Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint or for Summary Judgment Dismissing the Complaint, as Barred by the Statute of Limitations and for lack of jurisdiction, the Declaration of Eric M. Kutner and the exhibit annexed thereto, the Declaration of Elyane Vaschetta, the Declaration of Ryan W. Lawler and the exhibit annexed thereto, and upon all pleadings and prior proceedings hereto, Defendants Elymar Restaurant Corporation, Elyane Vaschetta (a/k/a Elyane Bruno), and William Welles (collectively, the "Defendants"), will move this Court, before the Honorable J. Paul Engelmayer, in Courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at such time, date, and place as decreed by the Court, for an order dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6) for lack of jurisdiction and failure to state a claim upon which relief may be granted, or, in the alternative, for an order granting Defendants summary judgment under Fed. R. Civ. P. 56.

Pursuant to Local Civil Rule 6.1, Plaintiff shall serve papers in opposition to this motion on or before October 7, 2022.

Pursuant to Local Civil Rule 6.1, Defendants shall serve papers in reply to this motion on or before October 9, 2022.

Dated: New York, New York
September 30, 2022

Respectfully submitted,

MINTZ & GOLD LLP

*/s/ Ryan W. Lawler*
Steven W. Gold
Ryan W. Lawler
Alex J. Otchy
600 Third Avenue, 25th Floor
New York, New York 10016
(212) 696-4848 (t)
(212) 696-1231 (f)
gold@mintzandgold.com
lawler@mintzandgold.com
otchy@mintzandgold.com

*Attorneys for Defendants*

TO (via ECF):

Jason Mizrahi
Joshua Levin-Epstein
LEVIN-EPSTEIN & ASSOCIATES, P.C.
60 East 42nd Street
Suite 4700
New York, New York 10165
(212) 792-0048 (t)
(646) 786-3170 (f)
jason@levinepstein.com
joshua@levinepstein.com

*Attorneys for Plaintiff*