UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEANINE DE LA VERRIERE, on behalf of herself and others similarly situated,<br><br>       Plaintiff,<br><br> -v-<br><br>ELYMAR RESTAURANT CORPORATION, ELYANE VASCHETTA, and WILLIAM WELLES,<br><br>       Defendants. | CIVIL ACTION NO.: 22 Civ. 5700 (PAE) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

In light of Plaintiff's Amended Complaint (ECF No. 14), Defendants' motion to dismiss (ECF No. 10) is DENIED as moot. Pursuant to Fed. R. Civ. P. 15(a)(3), Defendants shall answer, move, or otherwise respond to the Amended Complaint by **October 28, 2022**.

The Clerk of Court is respectfully directed to close ECF No. 10.

Dated:  New York, New York
     October 17, 2022

                   SO ORDERED.

                   _____
                   **SARAH L. CAVE**
                   **United States Magistrate Judge**