**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JEANINE DE LA VERRIERE, *on behalf of herself*
*and others similarly situated in the proposed FLSA*      No.: 1:22-CV-5700 (PAE-SLC)
*Collective Action,*

                    Plaintiff,      **DECLARATION OF**
                                         **ELYANE VASCHETTA**

       - *against* -

ELYMAR RESTAURANT CORPORATION,
ELYANE VASCHETTA (a/k/a ELYANE
BRUNO), and WILLIAM WELLES,

                    Defendants.
------------------------------------------------------------------X

     I, ELYANE VASCHETTA, make the following Declaration under the penalty of perjury pursuant to 28 U.S.C. § 1746, and state that the following is true and correct:

     1.    I am the President of Elymar Restaurant Corporation ("Elymar"), one of the Defendants in this action, and I am also named as a Defendant in this action. As such, I have personal knowledge of the facts and circumstances set forth herein.

     2.    I submit this Declaration in support of Defendants' Motion to Dismiss the Amended Complaint, or for Summary Judgment Dismissing the Amended Complaint, as barred by the statute of limitations and for lack of jurisdiction.

     3.    Elymar's former employee, Plaintiff Jeanine De La Verriere ("Plaintiff"), last worked for Elymar in December 2018.

     4.    A true and correct copy of Plaintiff's last payroll check from Elymar, issued on February 11, 2019, is attached as Exhibit A to the Declaration of Eric M. Kutner that accompanies Defendants' Motion.

5.	At all times within the statutory period during Plaintiff's employment, Plaintiff was provided with accurate wage notices and wage statements, comporting with New York State notice and wage statement requirements, setting forth details concerning the nature of Plaintiff's employment and related compensation policies.

The foregoing is true and correct to the best of my knowledge and belief.

Executed in New York, New York on this _____ day of October, 2022.

_____
Elyane Vaschetta

2