UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DE LA VERRIERE, *on behalf of herself and others similarly situated in the proposed FLSA collective action,*

                      Plaintiff,

-v-

ELYMAR RESTAURANT CORP., et al.,

                      Defendants.

------------------------------------------------------------X

22 Civ. 5700 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On November 14, 2022, the parties filed a notice of voluntary dismissal in the above-captioned action. Dkt. 24. The Court directs the parties to file a joint letter, no later than November 22, 2022, confirming that the stipulation of voluntary dismissal by which the parties propose to dismiss the claims of plaintiffs, *see* Dkt. 24, is not part of a settlement that would require review by this Court, *see Samake v. Thunder Lube, Inc.*, 24 F.4th 804, 811 (2d Cir. 2022). Specifically, the parties shall confirm that plaintiffs' dismissal was not secured by means of any payment, promise, or other benefit offered by defendant.

SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      Paul A. Engelmayer
                                                      United States District Judge

Dated: November 16, 2022
        New York, New York